# UNITED STATES DISTRICT COURT

## Northern District of California

### San Jose Division

SHANNON MCFARLAND,

    Plaintiffs,

v.

COUNTY OF SANTA CRUZ, et al.,

    Defendants.

No. C 12-1727 RMW

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:        November 15, 2012
Mediator:  John Skelton

    IT IS HEREBY ORDERED that the request to excuse named defendants Sheriff Phil Wowak, Sergeant William Gazza and Officer John Habermehl from participating in the November 15, 2012, mediation before John Skelton is GRANTED.

    IT IS SO ORDERED.

November 5, 2012        By: *Elizabeth D. Laporte*

Dated                                Elizabeth D. Laporte
                                        United States Magistrate Judge