ANDREW B. KREEFT (SBN 126673)
LAURA L. FRANKLIN (SBN 282642)
BOHNEN, ROSENTHAL & KREEFT
787 Munras Avenue, Suite 200
P.O. Box 1111
Monterey, CA 93942-1111
Telephone:   (831) 649-5551
Facsimile:    (831) 649-0272

Attorneys for Plaintiff
SHANNON MCFARLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON MCFARLAND,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CRUZ, SHERIFF PHIL WOWAK, OFFICER WILLIAM GAZZA, OFFICER CHRISTOPHER HANKES, OFFICER JOHN HABERMEHL, BRUCE MCFARLAND, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO.  CV12-01727 RMW<br><br>**STIPULATION RE CONTINUANCE OF MEDIATION DATE; ORDER BASED ON STIPULATION** |

**TO:   THE HONORABLE RONALD WHYTE:**

### RECITALS

This matter was set for mediation on Wednesday, November 14, 2012, at 9:00 a.m., at the offices of Burton, Schmal & DiBenedetto, LLP, located at 133 Mission Street, Suite 102, Santa Cruz, CA  95060, with John Skelton presiding as mediator.  The Court's initial scheduling order indicated that mediation was to be accomplished by or before December 6, 2012.

///

When the parties and counsel arrived at the mediation at approximately 8:30 a.m. on November 14, 2012, attorney Andrew B. Kreeft received a telephone call from a family member notifying him that this father was gravely ill and that he had to leave immediately to be by his father's bedside in Pleasant Hill, CA. The parties and counsel were sympathetic to Mr. Kreeft's dire situation and agreed that the mediation could be set for another mutually convenient date, to be set as soon as practicable.

Mr. Kreeft immediately left the mediation to attend to his gravely ill father, who indeed passed away later that day.

## STIPULATION

NOW, at a later date, the parties and their counsel agree and stipulate as follows:

The mediation in this matter be held on Wednesday, December 12, 2012, at 9:00 a.m., at the offices of Burton, Schmal & DiBenedetto, LLP, located at 133 Mission Street, Suite 102, Santa Cruz, CA 95060, with John Skelton presiding as mediator.

IT IS SO STIPULATED,

Dated: 11/29/12

BOHNEN, ROSENTHAL & KREEFT

BY: ANDREW B. KREEFT
Attorneys for Plaintiff,
SHANNON McFARLAND

Dated: 11/30/12

ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

BY: GEORGE J. KOVACEVICH
Attorneys for Defendant,
BRUCE McFARLAND

///
///

| | |
|---|---|
| 1  Dated: 11/29/12 | BURTON SCHMAL & DiBENEDETTO LLP |
| 2 | |
| 3 | BY: TIMOTHY J. SCHMAL |
| 4 | Attorneys for Defendants, |
| 5 | COUNTY OF SANTA CRUZ, SHERIFF PHIL WOWAK, SERGEANT WILLIAM GAZZA, DEPUTY CHRISTOPHER |
| 6 | HANKES, DEPUTY JOHN HABERMEHL |

### ORDER BASED ON STIPULATION

Based upon the foregoing stipulation and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED as follows:

The hearing date of the mediation in this matter is continued until Wednesday, December 12, 2012, at 9:00 a.m., at the offices of Burton, Schmal & DiBenedetto, LLP, located at 133 Mission Street, Suite 102, Santa Cruz, CA 95060, with John Skelton presiding as mediator.

IT IS SO ORDERED.

Dated: FGEFHEFG

*Ronald M. Whyte*

THE HONORABLE RONALD WHYTE,
JUDGE OF THE U.S. DISTRICT COURT

---

3

STIPULATION RE CONTINUANCE OF MEDIATION DATE; ORDER BASED ON STIPULATION
— Case No. CV12-01727