1 | DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
2 | JASON M. HEATH, State Bar No. 180501
Office of the County Counsel
3 | Assistant County Counsel
701 Ocean Street, Room 505
4 | Santa Cruz, California 95060
Telephone: (831) 454-2049
5 | Fax: (831) 454-2115

6 | **Attorneys for Defendants County of Santa Cruz,**
**Phil Wowak, William Gazza, Christopher Hankes,**
7 | **and John Habermehl**

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| | |
|---|---|
| SHANNON McFARLAND, | Case No. CV12-01727 RMW |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AS TO DEFENDANTS WOWAK, GAZZA, HANKES, AND HABERMEHL (FRCP 41(a)(1)(ii));** |
| v. | |
| COUNTY OF SANTA CRUZ, SHERIFF PHIL WOWAK, OFFICER WILLIAM GAZZA, OFFICER CHRISTOPHER HANKES, OFFICER JOHN HABERMEHL, BRUCE MCFARLAND, and DOES 1-99, inclusive, | [] ORDER |
| Defendants. | |

*McFarland v. County of Santa Cruz, et al.*                                                                 Stipulation Of Dismissal, Etc.
Case No. CV 12-01727

-1-

**STIPULATION**

Plaintiff Shannon McFarland hereby dismisses with prejudice this entire action, including all claims therein, against defendants Phil Wowak, William Gazza, Christopher Hankes, and John Habermehl only. The parties to this stipulation are responsible for their own attorney fees and costs resulting from this litigation.

Dated: April 9, 2013                BOHNEN, ROSENTHAL & KREEFT

                                    By: /s/
                                        ANDREW B. KREEFT
                                        **Attorney for Plaintiff Shannon McFarland**

Dated: April 9, 2013                DANA McRAE, COUNTY COUNSEL

                                    By: /S/
                                        JASON M. HEATH
                                        Assistant County Counsel
                                        **Attorneys for Defendants County of Santa Cruz, Phil Wowak, William Gazza, Christopher Hankes, and John Habermehl**

**[] ORDER**

The Court accepts the stipulation of the parties as outlined above.

IT IS SO ORDERED.

Dated: _____            _____
                                    HON. RONALD M. WHYTE

*McFarland v. County of Santa Cruz, et al.*                                   Stipulation Of Dismissal, Etc.
Case No. CV 12-01727

-2-