1 | DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
2 | JASON M. HEATH, State Bar No. 180501
Office of the County Counsel
3 | Assistant County Counsel
701 Ocean Street, Room 505
4 | Santa Cruz, California 95060
Telephone: (831) 454-2049
5 | Fax: (831) 454-2115

6 | **Attorneys for Defendants County of Santa Cruz,**
**Phil Wowak, William Gazza, Christopher Hankes,**
7 | **and John Habermehl**

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| | |
|---|---|
| 12 SHANNON McFARLAND, | Case No. CV12-01727 RMW |
| 13 Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AS TO DEFENDANT COUNTY OF SANTA CRUZ (FRCP 41(a)(1)(ii));** |
| 14 v. | |
| 15 COUNTY OF SANTA CRUZ, SHERIFF PHIL WOWAK, OFFICER WILLIAM GAZZA, OFFICER CHRISTOPHER HANKES, OFFICER JOHN HABERMEHL, BRUCE MCFARLAND, and DOES 1-99, inclusive, | [] ORDER |
| 20 Defendants. | |

*McFarland v. County of Santa Cruz, et al.*   Stipulation Of Dismissal, Etc.
Case No. CV 12-01727

-1-

**STIPULATION**

Plaintiff Shannon McFarland hereby dismisses with prejudice this entire action, including all claims therein, against defendant County of Santa Cruz only.  The parties to this stipulation are responsible for their own attorney fees and costs resulting from this litigation.

Dated: April 29, 2013                                        BOHNEN, ROSENTHAL & KREEFT


By:   /s/
        ANDREW B. KREEFT
        **Attorney for Plaintiff Shannon McFarland**


Dated: April 29, 2013                                        DANA McRAE, COUNTY COUNSEL


By:   /S/
        JASON M. HEATH
        Assistant County Counsel
        **Attorneys for Defendants County of Santa Cruz Phil Wowak, William Gazza, Christopher Hankes, and John Habermehl**


**[] ORDER**

The Court accepts the stipulation of the parties as outlined above.

IT IS SO ORDERED.

Dated: _____                    _____
                                                                       HON. RONALD M. WHYTE